## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NATIONSRENT, INC., *et al*., | : | Case Nos. 01-11628 through |
| | : | 01-11639 (PJW) |
| Debtors. | : | |
| _____ | : | (Jointly Administered) |
| | : | |
| NATIONSRENT UNSECURED | : | |
| CREDITORS' LIQUIDATING TRUST, | : | |
| PERRY MANDARINO, not personally, | : | |
| BUT AS TRUSTEE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 04-1039 |
| | : | |
| BLACK & VEATCH CONSTR., | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

### NOTICE OF SERVICE

Please take notice that on the 4th day of November, 2005, a true and correct copy of **Defendant's Initial Disclosures Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Federal Rule of Bankruptcy Procedure 7026** were served upon the parties listed below via first class mail, postage prepaid:

**Via First Class Mail:**

Kenneth A. Rosen, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**Via Hand Delivery:**

Neil B. Glassman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

-2-

Dated:   November 4, 2005                    Respectfully submitted,

                                             WHITE AND WILLIAMS LLP

                        BY:

                                             _/s/ Marc S. Casarino_____
                                             Marc S. Casarino (No. 3613)
                                             824 N. Market Street, Suite 902
                                             P.O. Box 709
                                             Wilmington, DE  19899-0709
                                             (302) 467-4520 (telephone)
                                             (302) 467-4550 (facsimile)
                                             casarinom@whiteandwilliams.com

                                             Attorney(s) for *Defendant Black & Veatch Construction*

-2-

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NATIONSRENT, INC., *et al*., | : | Case Nos. 01-11628 through |
| | : | 01-11639 (PJW) |
| Debtors. | : | |
| _____ | : | (Jointly Administered) |
| | : | |
| NATIONSRENT UNSECURED | : | |
| CREDITORS' LIQUIDATING TRUST, | : | |
| PERRY MANDARINO, not personally, | : | |
| BUT AS TRUSTEE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 04-1039 |
| | : | |
| BLACK & VEATCH CONSTR., | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**CERTIFICATE OF SERVICE**

I, Marc S. Casarino, Esquire, hereby certify that I am not less than 18 years old, and that I caused service of the foregoing **Notice of Service** on November 4, 2005 to the parties listed below in the manner so indicated.

**Via First Class Mail:**

Kenneth A. Rosen, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**Via Hand Delivery:**

Neil B. Glassman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and accurate.

Dated: November 4, 2005         */s/ Marc S. Casarino*
                                Marc S. Casarino (#3613)

DOCS_DE 117757v.1