## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 23rd day of February, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS MAIL

Marc S. Casarino, Esquire
*White and Williams LLP*
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899

_____
Mary E. Augustine (No. 4477)